IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC ) ) ) ) ) ) ) | CIVIL DIVISION |
| Plaintiffs,  ) ) | No. 2:14 CV 606-MBC |
| v.  ) ) | |
| CAROL DZAMKO and JEFFREY DZAMKO,  ) ) ) ) | |
| Defendants  ) | |

ORDER OF COURT

AND NOW, to-wit, this __11th__ day of __December__, 2015, it is hereby Ordered that the Defendants, Jeffrey Dzamko and Carol Dzamko are in contempt of this Court's Order of July 28, 2015 for their failure to serve answers to Plaintiff's Interrogatories in Aid of Execution. A hearing shall be held to consider sanctions against the Defendants on the __9th__ day of __March__, 2016, in Courtroom __8A__, United States Courthouse, Pittsburgh, PA 15219 at __11:00__ o'clock a.m./p.m.

BY THE COURT:

*Maurice B. Cohill, Jr.*